UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON BROWN,<br><br>        Plaintiff,<br><br>-against-<br><br>WORLD HEALTH ORGANIZATION; UNITED NATIONS; ANTONIO GUITERES; AMENESTY INTERNATIONAL; PLANNED PARENTHOOD,<br><br>        Defendants. | 24-cv-7216 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the March 07, 2025, order Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 18, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge