UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON BROWN,

                Plaintiff,

-against-                           24-CV-7216 (LTS)

WORLD HEALTH ORGANIZATION, et al.,      ORDER

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 7, 2025, the Court dismissed this action for lack of subject matter jurisdiction and directed the Clerk of Court to enter judgment. On March 13, 2025, before judgment was entered in this case, Plaintiff filed her third request for preliminary injunctive relief. Five days later, on March 18, 2025, a civil judgment was entered. Accordingly, the Court directs the Clerk of Court to terminate Plaintiff's request for relief. (ECF 12.)

      This case is closed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 19, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                 Chief United States District Judge